CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
HOLLY A. VANCE
Assistant United States Attorney
United States Attorney's Office
400 S. Virginia Street, Suite 900
Reno, NV 89501
(775) 784-5438
Holly.A.Vance@usdoj.gov

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LESLYE HINDS, | Case No. 2:21-cv-622-GMN-VCF |
| Plaintiff, | |
| v. | **Stipulation and Order for Extension of Time** |
| UNITED STATES OF AMERICA DEPARTMENT OF THE INTERIOR; DOE EMPLOYEE; DOES I through XX, inclusive; and ROE CORPORATIONS I through XX, inclusive, | **(First Request)** |
| Defendants. | |

Plaintiff Leslye Hinds, and Defendant United States of America Department of the Interior, hereby stipulate and agree that Defendant may have a 21-day extension of time, from October 25, 2021 to November 15, 2021, to respond to Plaintiff's Complaint and Demand for Jury Trial. (ECF No. 1).

Defense counsel's calendar is busier than normal with upcoming hearings and multiple filing deadlines in several cases, including one before the Ninth Circuit. Defense counsel is also recovering from a medical procedure she underwent at Renown Hospital last month. Under the circumstances, good cause exists to extend the deadline for Defendant to respond to Plaintiff's Complaint and Demand for Jury Trial. *See* Fed. R. Civ. P. 6(b)(1)(A) ("When an act may or must be done within a specified time, the court may, *for good cause*,

1

extend the time…with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]") (emphasis added).

   This is Defendant's first request for an extension of time. *See* LR IA 6-1(a) (must advise of previous extensions). Defense counsel contacted Plaintiff's counsel regarding this extension request, and he has advised that he does not oppose the request. This stipulation is made in good faith and not for the purpose of undue delay.

   DATED: October 25, 2021

ZAMAN & TRIPPIEDI

CHRISTOPHER CHIOU
Acting United States Attorney


/s/ Michael Trippiedi
MICHAEL TRIPPIEDI
Attorney for Plaintiff

/s/ *Holly A. Vance*
HOLLY A. VANCE
Assistant U.S. Attorney
Attorney for Defendant


**IT IS SO ORDERED.**

**Dated:** __October 25__**, 2021**

_____

**UNITED STATES MAGISTRATE JUDGE**