JASON FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

R. THOMAS COLONNA
Assistant United States Attorneys
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Richard.Colonna@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LESLYE HINDS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 2:21-cv-00622-ART-MDC<br><br>**Joint Notice of Settlement and Stipulation and Order to Vacate Settlement Conference** |

    Plaintiff and Defendant notify the Court that they have agreed on a resolution of this matter. It will take several weeks for the parties to implement the resolution.

    Accordingly, the parties respectfully request that the Court (i) vacate the January 30, 2025, Settlement Conference/Early Neutral Evaluation and (ii) set a date in approximately 60 days by which the parties shall file either (a) stipulation to dismiss this action with prejudice, each party to bear its

own attorneys' fees and costs, or (b) a joint status report concerning the matter.

Respectfully submitted this 6th day of December 2024.

| ZAMAN & TRIPPIEDI | JASON M. FRIERSON |
|---|---|
| | United States Attorney |
| */s/Michael Trippiedi* | */s/ R. Thomas Colonna* |
| Michael Trippiedi, Esq. | R. Thomas Colonna |
| Nevada State Bar No. 13973 | Assistant United States Attorney |
| 6620 S. Tenaya Way, Suite 100 | |
| Las Vegas, NV 89113 | |
| *Attorneys for Plaintiff* | |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** 12/6/24

2