**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LESLYE HINDS, | Case No. 2:21-cv-00622-ART-MDC |
| Plaintiff, | |
| v. | **ORDER GRANTING** |
| UNITED STATES OF AMERICA, | **Stipulation to Dismiss with Prejudice** |
| Defendant. | |

Plaintiffs and Defendant, through their undersigned attorneys, stipulate to dismiss this case with prejudice, each party to bear its own attorneys' fees and costs.

Respectfully submitted this 3rd day of March 2025.

ZAMAN & TRIPPIEDI, PLLC

 */s/ Michael G. Trippiedi*
Michael G. Trippiedi
Nevada State Bar No. 13973
6620 S Tenaya Way, Suite 100
Las Vegas, NV 89113

*Attorney for Plaintiff*

SUE FAHAMI
Acting United States Attorney

*/s/ R. Thomas Colonna*
R. Thomas Colonna
Assistant United States Attorney
*Attorneys for Defendant United States*

DATED: March 4, 2025

**IT IS SO ORDERED.**

_____
**ANNE R. TRAUM**
**UNITED STATES DISTRICT JUDGE**